FILED:  July 24, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1742
(1:04-cv-03521-WDQ)

_____

CLASSEN IMMUNOTHERAPIES, INC., a Maryland corporation

       Plaintiff - Appellant

v.

ELAN PHARMACEUTICALS, INC., a Delaware corporation

       Defendant - Appellee

 and

KING PHARMACEUTICALS, INC., a Tennessee corporation; ELAN CORPORATION, PLC, a corporation organized under the laws of Ireland; KING PHARMACEUTICALS, INC.

       Defendants

v.

DR. JOHN BARTHELOW CLASSEN

       Counter Defendant

—————————————————

## O R D E R

—————————————————

The clerk administratively closes this appeal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk